UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-0298 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| DEON CAMERON WATKINS, | |
| Defendant. | |

Allison Ethen, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Robert A. Lengeling, BEITO & LENGELING, PA, for defendant.

This matter is before the Court on defendant Deon Cameron Watkins's objection to the March 30, 2023 Report and Recommendation ("R&R") of Magistrate Judge David T. Schultz.  Judge Schultz recommends denying Watkins's motions to suppress evidence seized and statements made during his detention and arrest on October 11, 2022.  In his objection, Watkins does not purport to identify any specific error in the R&R, and instead offers a mere two-sentence summary of his original arguments for suppression.  Nevertheless, the Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).  Based on that review, the Court agrees with Judge Schultz's careful findings and thorough analysis, overrules Watkins's objection, and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 37] and ADOPTS the R&R [ECF No. 35]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to suppress evidence from search and seizure [ECF No. 24] is DENIED; and

2. Defendant's motion to suppress statements [ECF No. 25] is DENIED.

Dated: May 2, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court